# Court of Appeals
## Tenth Appellate District of Texas

10-25-00312-CV

In re A Meaning of Life, LLC

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator A Meaning of Life, LLC's Petition for Writ of Mandamus, filed on September 2, 2025, is denied.

———————————————————

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: September 11, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied
OT06

